UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| SANDRA SUZANNE WARD, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF T.A.R, AND FOR AND ON BEHALF OF ALL THOSE ENTITLED TO RECOVER FOR THE DEATH OF T.A.R. UNDER THE TEXAS WRONGFUL DEATH AND SURVIVAL ACTS<br><br>Plaintiffs<br><br>V.<br><br>DRIVE LOGISTICS, LTD., AND MARK N. SIMARD<br><br>Defendants. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 5:12-CV-00009<br><br><br><br><br><br><br><br><br><br>JURY TRIAL |

**AGREED ORDER OF DISMISSAL**

On the date indicated below came on to be heard Plaintiff's First Amended Motion to Dismiss With Prejudice for dismissal of Plaintiff's claims in this action against Defendants Drive Logistics, Ltd., and Mark N. Simard with prejudice to the refilling of same.  The Court having considered said motion, finds that the parties have satisfactorily compromised and settled all matters in dispute between them in this cause, and further finds that said motion should be GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that all claims of Plaintiff Sandra Suzanne Ward, Individually and As Representative of the Estate of T.A.R., and for and on behalf of all those entitled to recover for the death of T.A.R., under the Texas Wrongful Death and Survival Act against Drive Logistics, Ltd., and Mark N. Simard asserted or that could have been asserted in the above-numbered

action be, and the same hereby are, dismissed with prejudice to their refilling, with costs to be taxed against the parties incurring same.

 **It is SO ORDERED.**

 **SIGNED this 17th day of April, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE